IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:12-cv-00763-RGA |
| | ) |
| AMAZON WEB SERVICES, LLC et al.,<br>　　　　Defendants. | )<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendants Amazon Web Services, LLC and Amazon.com, Inc. (collectively, "Amazon") announced to the Court that they have settled Plaintiff's claims for relief against Amazon asserted in this case. Plaintiff and Amazon have therefore requested that the Court dismiss Plaintiff's claims for relief against Amazon, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Amazon are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this 18th day of Feb, 2014.

　　　　　　　　　　　　　　　　　　　　　_Richard G. Andrews_
　　　　　　　　　　　　　　　　　　　　　U.S.D.J.